## David Wierema and Alice Wierema, Plaintiffs-Appellants, v. Illinois Northern Utilities Company, Defendant-Appellee.

### Gen. No. 10,496.

J. J. Ludens, for appellants; Sheldon & Brown, and Dixon, Devine & Bracken, for appellee; Robert L. Bracken and Alex Haglund, of counsel. Opinion by PRESIDING JUSTICE WOLFE. **Not to be published in full.** Opinion filed August 7, 1951; rehearing denied September 13, 1951; released for publication September 17, 1951.